744

Commonwealth *v.* Mercer, Appellant.

Argued June 11, 1974. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Douglas B. Richardson,* Assistant District Attorney, with him *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., absent.

Commonwealth *v.* Miller, Appellant.

Argued June 12, 1974. *Robert W. Geigley,* for appellant; *Oscar F. Spicer,* for Commonwealth, appellee.

Judgment of sentence affirmed.